**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: July 12, 2021**

_____
**Hon. Catherine J. Furay
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| *In re:* <br><br> RIDGETOP AG, LLC, <br><br> Debtor. | Case No. 21-11388-cjf |

### ORDER DIRECTING FILING OF CLAIMS AND SETTING BAR DATE

Debtor filed a petition for relief on June 28, 2021. Upon the Motion for Order Directing Filing of Claims and Setting Bar Date (the "Claims Bar Date Motion") of Ridgetop AG, LLC, the debtor herein (the "Debtor"), by its attorneys Krekeler Strother, S.C., and notice of the Claims Bar Date Motion having been duly and timely served upon all parties in interest as appears by the Affidavit of Mailing on file herein; and no objection to the Claims Bar Date Motion having been made by any creditor;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Debtor shall serve a copy of this order on all creditors within 7 days of the date of this order;

2. General Bar Date: AUGUST 18, 2021 is set as the bar date for the filing of proofs of claim for all creditors (other than governmental units) who must file proof of claim pursuant to Rule 3003(c)(2). The claim of any creditor who fails to file a proof of claim so that the clerk of Bankruptcy Court receives it by AUGUST, 2021, will be allowed in the amount stated on the schedules unless it is disputed, contingent, unliquidated or unknown. The burden of reviewing the Debtor's bankruptcy schedules to determine whether a claim is listed as contingent, unliquidated, disputed or unknown rests with the claimant; and

3. Governmental Unit Bar Date: Pursuant to 11 U.S.C. Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), a claim of a governmental unit shall be timely filed if it is filed before 180 days after the date of the order for relief. Governmental units shall have 180 days from June 28, 2021 (filing date), within which to file Proof of Claim with the Court.

**IT IS FURTHER ORDERED** that the claims or interests for all such creditors so required to file a Proof of Claim pursuant to FRBP 3003(c)(2) shall be barred if not timely filed, with the result that such creditors shall not be treated as a creditor for the purposes of voting and distribution in the above-entitled action.

###